### ROSS v. STATE.    (No. 6205.)

(Court of Criminal Appeals of Texas. March 23. 1921.)

Criminal law ⚖️1131(5)—Appellate court lost jurisdiction on appellant's escape.

Escape of an appellant in a criminal case deprives the appellate court of jurisdiction to pass on the merits of the case, and the appeal will be dismissed on motion of the state, accompanied by affidavit of the sheriff duly making the facts known.

Appeal from District Court, Hunt County; R. L. Porter, Special Judge.

Jim Ross was convicted of crime, and appeals. Appeal dismissed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

MORROW, P. J. The state's motion to abate this appeal, for the reason that the appellant, by his escape, has deprived this court of jurisdiction to pass upon its merits, being accompanied by an affidavit of the sheriff of Hunt county duly making the facts known, it is ordered that the appeal be dismissed.

---

⚖️For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes